UNITED STATES of America,
Plaintiff—Appellee,

v.

Steve NAVARRO–VARGAS,
Defendant—Appellant.

United States of America,
Plaintiff—Appellee,

v.

Jose Antonio Leon–Jasso, Defendant—
Appellant.

Nos. 02–50663, 03–50009.

United States Court of Appeals,
Ninth Circuit.

Aug. 25, 2004.

Patrick K. O'Toole, AUSA, David Mitchell, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Matthew C. Winter, Federal Defender's Inc., San Diego, CA, for Defendant–Appellant.

### ORDER

SCHROEDER, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, these cases are ordered reheard by the en banc court pursuant to Circuit Rule 35.3. The three-judge panel opinion in No. 02–50663 shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

It is further ordered that these cases be consolidated for rehearing.

Blufford HAYES, Jr., Petitioner–
Appellant,

v.

Jeanne S. WOODFORD, Warden, of
The California State Prison at San
Quentin, Respondent–Appellee.

No. 99–99030.

United States Court of Appeals,
Ninth Circuit.

Aug. 26, 2004.

Richard Such, Esq., Palo Alto, CA, David A. Senior, Esq., McBreen & Senior, Los Angeles, CA, for Petitioner–Appellant.

Mathew Chan, Esq., AGCA—Office of the California Attorney General, Department of Justice, Sacramento, CA, for Respondent–Appellee.

### ORDER

SCHROEDER, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

---

1. Judge Hawkins and Judge Callahan are recused.